**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| SLS-SPECIALIZED LOAN SERVICING, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. PJM-17-820 |
| ROGER SINGLETARY, | * | |
| Defendant | * | |

**MEMORANDUM OPINION**

Self-represented Plaintiff Roger Singletary filed suit in the District Court for Prince George's County, Maryland against Defendant SLS-Specialized Loan Servicing. ECF No. 1 (Notice of Removal). Singletary then removed the case to this Court. *Id.* Singletary also filed an unsigned and undated Motion to Proceed in Forma Pauperis. ECF No. 2. He did not file the Complaint with the Notice of Removal.

The statutes providing for removal of state actions to federal court only allow "the defendant," not the plaintiff, to remove the action. *See* 28 U.S.C. § 1446(a) (providing that "[a] *defendant or defendants* desiring to remove any civil action from a State court shall file in the district court of the United States . . . a notice of removal . . . , together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action" (emphasis added)); *see also* 28 U.S.C. § 1443 (providing that "*the defendant*" may remove certain "civil actions or criminal prosecutions, commenced in a State court" that implicate the defendant's civil rights (emphasis added)). Consequently, Singletary's removal to this Court was improper. *See* 28 U.S.C. §§ 1443, 1446(a).

Accordingly, this case will be remanded to the District Court for Prince George's County, Maryland by separate Order. Singletary's unsigned and undated motion to proceed in forma pauperis will be denied without prejudice.

_____/s/_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

March 30, 2017